UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 4:12-cr-14 |
| v. | ) | MATTICE / LEE |
| | ) | |
| NOE MARTINEZ II | ) | |
| | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count 1 of the one-count Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in Count 1 of the Bill of Information; and (3) defendant has been released on bond pending sentencing in this matter without objection [Doc. 32]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 32] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

(3) Defendant SHALL REMAIN on bond pending sentencing in this matter which is scheduled to take place on **June 4, 2012 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                */s/Harry S. Mattice, Jr.*
                HARRY S. MATTICE, JR.
             UNITED STATES DISTRICT JUDGE